WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim23wilborn@gmail.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DOUGLAS MALSI**,　　　　　　　　　　　　　　　Case No. 1:18-cv-00704-MC

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　PROPOSED ORDER

**COMMISSIONER of Social Security**,

　　　　Defendant.

　　　　Attorneys' fees in the amount of $17,711.00 are hereby awarded to Attorney Tim Wilborn pursuant to 42 U.S.C. § 406(b).  Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412.  When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fees previously received by the attorney and to send to Plaintiff's attorney, Tim Wilborn the balance of **$12,410.26**, minus any user fee.  Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

　　　　DATED this  10th  day of  February , 2021.

　　　　　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1